GEORGE LAITMAN, an Infant, by EDWIN M. LAITMAN, His Guardian ad Litem, Appellant, Respondent, v. BLUE BIRD SILK MILLS, INC., Defendant. MORRIS SIMON and LOUIS KATZ, Respondents, Appellants.— Order of November 30, 1926, as resettled by order of January 12, 1927, dismissing plaintiff's first cause of action, modified by providing that plaintiff may plead over or amend his bill of particulars as he may be advised; and as so modified affirmed, without costs. Order of January 12, 1927, in so far as it denies the motion of individual defendants to dismiss the second cause of action, affirmed, without costs. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

GEORGE W. McELROY, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GEORGE MILLER, Respondent, v. ANTOINETTE FARNESE, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ALFRED E. MULHEARN, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant, and Another, Defendant.— Judgment reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event, upon the ground that the proof failed to show that appellant had authorized the repairs in question. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

NASSAU NATIONAL BANK OF BROOKLYN, Respondent, v. JOHN A. PAUL, Appellant. LUDWIG HUBOLD, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JACOB NORWALK and ABRAHAM NORWALK, Respondents, v. JOHN M. DOPPEL, Appellant, and Another, Defendant.— Order granting plaintiffs leave to serve amended complaint modified by requiring as a condition for such amendment that plaintiffs pay to defendants costs to date, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to appellant Doppel. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

NICOLA NOVIELLO and SALVATORE NAPOLITANO, Respondents, v. JOSEPH RITONNALE and DOMENICA MUTA, etc., Appellants.— Order in so far as it denies defendants' motion to vacate temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.